BECKIE ZUCKERMAN, as Administratrix, etc., of HYMAN ZUCKERMAN, Deceased, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— In an action to recover damages for death by wrongful act, neglect or default, it was claimed by plaintiff that as decedent was on the station platform about to become a passenger on an approaching train, he tripped or stumbled owing to defects in the platform and fell in front of the train and was killed. The defendant claimed that death was due to a deliberate act of self-destruction; and that there were no defects in the platform. The plaintiff had a verdict. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

## (October 18, 1938.)

In the Matter of the Application of CATHERINE DOWGWILLA, Appellant, for an Order Setting Aside the Election to County Committee for the Democratic Party for the 31st Election District, of the 2nd Assembly District, in the County of Queens, against S. HOWARD COHEN and Others, as Commissioners of Election, Constituting the Board of Elections of the City of New York, and ALEXANDER CHRISTIE, JOHN ZOLVIK, JR., JOHN J. McCONVILLE, MARGARET McCONVILLE, KATE SULLIVAN and CHRISTINE O'SULLIVAN, Respondents.— Order denying application for an order setting aside the primary election, striking out the designating petitions of the individual respondents as county committeemen for the Democratic party in the thirty-first election district, second Assembly district, in the county of Queens, and ordering a new election, affirmed. No opinion. Lazansky, P. J. Davis, Johnston, Adel and Close, JJ., concur. [See, also, *post*, p. 798.]